

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Hunt County Community Supervision and Corrections Department

No. 06-14-00017-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

      We conditionally grant the writ of mandamus and direct the trial court to vacate its orders waiving the supervision fees of the defendants listed as real parties in interest in the Relator's petition. The writ will issue only if the trial court fails to comply.

RENDERED MAY 23, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk